FILED
CLERK, U.S. DISTRICT COURT

07/12/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 5:22-cr-00164-SSS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
| LAWRENCE WILLIAM PURNELL, | |
| Defendant. | |

The Acting United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about August 19, 2021, in Riverside County, within the Central District of California, defendant LAWRENCE WILLIAM PURNELL knowingly and intentionally distributed at least 50 grams, that is,

///

///

approximately 8,852.57 grams, of methamphetamine, a Schedule II controlled substance.

                            STEPHANIE S. CHRISTENSEN
                            Acting United States Attorney

                            */s/*

                            SCOTT M. GARRINGER
                            Assistant United States Attorney
                            Chief, Criminal Division

                            JERRY C. YANG
                            Assistant United States Attorney
                            Chief, Riverside Branch Office

                            STEPHEN T. MERRILL
                            Special Assistant U.S. Attorney
                            Riverside Branch Office